UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-14003-CR-MARRA/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TYLER SCOTT TOPOLSKI,

    Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation on Change of Plea issued by United States Magistrate Judge Frank J. Lynch, Jr. on March 10, 2016 [DE 32].

The court has considered the Report and Recommendation, the pertinent parts of the record and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The Defendant is hereby adjudicated guilty and sentencing is set for June 7, 2016 in Ft. Pierce, Florida.

**DONE and ORDERED** in West Palm Beach, this 1st day of June, 2016.

**KENNETH A. MARRA**
**UNITED STATES DISTRICT JUDGE**

cc: All counsel